UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASEY WIERMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

REVENEER, INC.

    Defendant.

Civil Action No. 22-CV-12187-PBS

## JOINT MOTION TO APPROVE SETTLEMENT BETWEEN PLAINTIFFS CASEY WIERMAN, ADAM SMITH, AND ANDREW BROOKS

Plaintiffs Casey Wierman, Adam Smith, and Andrew Brooks (individually, a "**Plaintiff**", and collectively, the "**Plaintiffs**") and Defendant Reveneer, Inc., ("Defendant") (collectively, the "**Parties**"), respectfully submit this joint motion to approve their settlement agreements, copies of which are attached hereto as **Exhibits A, B, and C** (individually a "**Settlement Agreement**" and collectively the "**Settlement Agreements**"). The parties seek an Order from the Court approving the Settlement Agreements and dismissing Plaintiffs' claims against the Defendant with prejudice and without costs, attorneys' fees, or interest and waiving all rights of appeal.

In support of this Joint Motion, the parties state the following:

1. The Parties are seeking Court approval of their Settlement Agreements because Plaintiffs allege, among other counts, a violation of the Fair Labor Standards Act (the "**FLSA**"). Based on Second Circuit precedent, and decisions from the District of Massachusetts, it appears that Court approval may be required when settling a FLSA claim. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199, 206 (2d Cir. 2015); *Singelton v. Mobility Servs., LLC*, Civil Action No. 1:15-cv-11864-ADB, 2015 U.S. Dist. LEXIS 153243, at *2 (D. Mass. Nov. 10, 2015)

(citations omitted) ("The private settlement of FLSA claims requires the approval of either the Department of Labor or the district court"); *David M. Fasano v. Vantage Point Bank, et al.*, Civil Action No. 13-cv-13124-IT (D. Mass. Jan. 8, 2016).

2.  Plaintiffs allege they are owed back wages including liquidated damages, plus statutory penalties, interest, and attorneys' fees. Defendant denies all liability on the claims brought by Plaintiffs. Defendant submits that Plaintiffs are not owed any wages under federal, state, or common law, and thus, the parties submit there is a dispute as to whether Plaintiffs are entitled to damages under the FLSA.

3.  To avoid the uncertainty and costs of litigation, Defendant has agreed to pay Plaintiffs certain back wages they claim are due and owing, plus a reasonable amount for attorneys' fees. The Parties have agreed that, in exchange for this payment, Plaintiffs' claims will be dismissed with prejudice without costs or attorneys' fees, and with waiving all rights of appeal.

4.  The Parties have already executed Settlement Agreements for each of the Plaintiffs, each of which provides for the payment of settlement amounts within 30 days after the Court's approval of the settlement, or a Court order stating that judicial approval of these Settlement Agreements is not required.

5.  The Settlement Agreements provide for the following payments to each Plaintiff:

    a. Plaintiff Casey Wierman: $461.54;

    b. Plaintiff Adam Smith: $3,230.77; and

    c. Plaintiff Andrew Brooks: $8,307.69.

6.  The Settlement Agreements are the by-product of settlement negotiations by counsel. The Parties assert that the settlement is fair and reasonable. Courts in this District have approved similar settlement agreements. *See Rios et al. v. Current Carrier Corp., et al.*, Case No.

1:14-cv-10247-GAO, Order Granting Motion to Approve Settlement, Dkt. No. 49, entered on April 29, 2016.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the Settlement Agreements, dismissing Plaintiffs' claims against the Defendant as to all counts and all claims with prejudice and without costs, attorneys' fees, or interest and waiving all rights of appeal.

Respectfully Submitted,

| CASEY WIERMAN, ADAM SMITH, AND ANDREW BROOKS, | REVENEER, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| */s/ Matthew W. Thomson* <br> Matthew W. Thomson (BBO #682745) <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA  02116 <br> (617) 994-5800 <br> *mthomson@llrlaw.com* | /s/ *Brendan J. Lowd* <br> Brendan J. Lowd, BBO# 687606 <br> MINTZ, LEVIN, COHN, FERRIS, <br> GLOVSKY AND POPEO, P.C. <br> One Financial Center <br> Boston, Massachusetts 02111 <br> (617) 542-6000 <br> BJLowd@mintz.com |

Dated:  October 16, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2023.

*/s/ Brendan J. Lowd*
Brendan J. Lowd