UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CASEY WIERMAN, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs, | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>)<br>) | Civil Action No. 22-CV-12187-MJJ |
| REVENEER, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) |  |

## ORDER

JOUN, D.J.

After review, the Court GRANTS the Joint Motion to Approve Settlement (Doc. No. 31) and APPROVES the Settlement Agreement and General Release for each of the plaintiffs (Doc. No. 31-1, 31-2, and 31-3). Accordingly, the individual plaintiffs' claims against the defendant are DISMISSED with prejudice, without costs, attorneys' fees, or interest, and with plaintiffs waiving all rights of appeal.

SO ORDERED.

Dated: 10/19/2023

/s/ Myong J. Joun
United States District Judge