UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASEY WIERMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>REVENEER, INC.<br><br>    Defendant. | Civil Action No. 22-CV-12187-PBS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Local Rule 68.2, and the Settlement Agreements between the undersigned Parties, which this Court approved by Order dated October 19, 2023 (Dkt. No. 32), Plaintiffs Casey Wierman, Adam Smith, and Andrew Brooks and Defendant Reveneer, Inc., (collectively, the "**Parties**"), hereby stipulate that this action is dismissed with prejudice, and without costs, attorneys' fees, or interest, and waiving all rights of appeal.

(*Remainder of page left intentionally blank*)

Respectfully Submitted,

| | |
|---|---|
| CASEY WIERMAN, ADAM SMITH, AND ANDREW BROOKS, | REVENEER, INC. |
| By their attorneys, | By its attorneys, |
| */s/ Matthew W. Thomson* <br> Matthew W. Thomson (BBO #682745) <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA  02116 <br> (617) 994-5800 <br> *mthomson@llrlaw.com* | /s/ *Brendan J. Lowd* <br> Brendan J. Lowd, BBO# 687606 <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. <br> One Financial Center <br> Boston, Massachusetts 02111 <br> (617) 542-6000 <br> BJLowd@mintz.com |

Dated:  November 20, 2023

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 20, 2023.

                                                  */s/ Brendan J. Lowd*
                                                  Brendan J. Lowd